Stephen Granville RULE, Plaintiff–Appellant,

v.

Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.

No. 01–2056.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 30, 2002.

Stephen Granville Rule, Appellant Pro Se. Robert William Flynn, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stephen Granville Rule appeals from the district court's order affirming the Commissioner of Social Security's decision to deny Rule's claim for disability benefits.

We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Rule v. Massanari*, No. CA–99–184–1 (N.D.W. Va. filed Aug. 17, 2001; entered Aug. 22, 2001). We deny Rule's motion to mediate and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.